UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(BALTIMORE DIVISION)

| | | |
|---|---|---|
| In re: | * | |
| SANJIV K DASS | | |
| JUDITH DASS | * | CASE No:09-14388-DWK |
| 4 N Harbor Dr | | Chapter 11 |
| Grasonville, MD 21638 | * | |
| Debtor(s), | | |
| | * | |
| | * | |
| * * * * * * * * * * * * * | | |
| CITIMORTGAGE, INC. | * | |
| 1000 Technology Drive | | |
| O Fallon, MO 63304 | * | |
| Movant, | | |
| v. | * | |
| SANJIV K DASS | | |
| JUDITH DASS | * | |
| 4 N Harbor Dr | | |
| Grasonville, MD 21638 | | |
| Debtor(s), | | |
| * * * * * * * * * * * * * | | |

## MOTION FOR RELIEF FROM STAY

**NOTICE TO DEBTOR(s): Failure to file a written response to this motion with the Clerk of the United States Bankruptcy Court and to send Plaintiff a copy within 17 days from the date of the certificate of service may result in entry of a default judgment.**

CitiMortgage, Inc. (hereinafter "the Bank") by it attorneys, Gerard William Wittstadt, Jr., Deborah H. Hill, Jordan B. Segal and Morris|Hardwick|Schneider, LLC, respectfully moves this Honorable Court to terminate the Automatic Stay, and, as grounds therefore, states as follows:

1. This proceeding seeking relief under Section 362 (a) as to Debtor and Section 1301(d), as to Co-Debtor, of the U.S. Bankruptcy Code, is a contested matter within the

File No.: MD-99000373-09

meaning of 9014 and 4001 of the Federal Rules of Bankruptcy Procedure, and this Court has jurisdiction over this matter pursuant to 28 U.S.C. Section 157.

2. That on March 16, 2009 the above-named Sanjiv K Dass, (hereinafter "Debtor") initiated proceedings in the Court seeking relief under Chapter 11 of the United States Bankruptcy Code.

3. On July 26, 2005, Sanjiv K Dass, Debtor executed a Fixed Rate Note in the amount of Three Hundred Fifty-Four Thousand One and 00/100 Dollars ($354,001.00) plus interest at the rate of 5.75000% per annum, attorneys` fees, costs and late charges to be paid over thirty (30) years.  A true and correct copy of the Note is available for inspection and copying and will be presented as evidence at any hearing as required.

4. To secure the repayment of the sums due under the Note, the Debtor executed a Deed of Trust dated July 26, 2005 encumbering the real property ("Property") more particularly described in a Deed of Trust which has the address of 6411 Glydon Court, Bowie, Maryland 20720.  A true and correct copy of the recorded Deed of Trust is available for inspection and copying and will be presented as evidence at any hearing as required.

5. CitiMortgage, Inc. is the present holder of the Deed of Trust and Note.

6. The Debtor has failed to make post-petition payments due under the Note and is due for January 1, 2010, in the amount of $2065.85 each plus property taxes in the amount of $19,422.68 and is in default for payments of installments due under the Deed of Trust due to CitiMortgage, Inc.

7. Debtor is in default under the Note, and there is a total debt of $336,201.16.

**File No.:  MD-99000373-09**

8. Debtor has not and cannot offer CitiMortgage, Inc. adequate protection of its interest in the Property, and CitiMortgage, Inc. avers that it is not adequately protected.

9. The Property is not necessary for an effective reorganization, since the Debtor has no equity in the Property.

10.    Cause exists to terminate the Automatic Stay.

**WHEREFORE,** the premises considered, CitiMortgage, Inc. respectfully requests that this Court enter an Order terminating the Automatic Stay allowing CitiMortgage, Inc. to exercise its legal rights under applicable law as to the Property, including but limited to foreclosure against the property under the Deed of Trust, and for such other and further relief as this Court deems just and proper.

Dated:  March 3, 2010

Respectfully submitted,

 /s/  Jordan Segal
Gerard Wm. Wittstadt, Jr.  (Bar No. 23901)
Deborah H. Hill  (Bar No. 28384)
Jordan B. Segal  (Bar No. 29116)
Morris|Hardwick|Schneider, LLC
6 Nashua Court
Suite B
Baltimore, MD 21221
Ph:    410-284-9600
Fax:   410-282-1677
jsegal@closingsource.net
Attorney for Movant

**File No.:  MD-99000373-09**

## Certification of Service

I HEREBY CERTIFY that copies of the foregoing Motion for Relief were mailed by first class mail, postage pre-paid (or electronically pursuant to Admin. Order 05-01), this 3rd day of March, 2010, to the following parties:

Sanjiv K Dass
Judith Dass
4 N Harbor Dr
Grasonville, MD 21638
Debtor(s)

Jeffery M. Sirody
1777 Reisterstown Road
Suite 360 E
Baltimore, MD 21208
Attorney for Debtor

Mark A. Neal
101 W. Lombard Street
Suite 2625
Baltimore, MD 21201
U.S. Trustee

20 Largest Creditors

                                                                       /s/ Jordan Segal
                                                                       Jordan Segal

**File No.: MD-99000373-09**