

DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In Re: | * | |
| SANJIV K. DASS | * | Case No.   09-14388DK |
| JUDITH M. DASS | * | Chapter   11 |
| | * | |
| | * | |
| Debtor(s) | * | |

### ORDER DENYING IMMEDIATE DISMISSAL OR CONVERSION
### AND REQUIRING COMPLIANCE
### AND SETTING DEADLINE FOR FILING OF PLAN
### AND DISCLOSURE STATEMENT

For the reasons set forth on the record at a hearing held on April 7, 2010, the court will presently deny the Motion by the United States Trustee to Dismiss this case or convert it to a case under Chapter 7.  It is, by the United States District Court for the District of Maryland.

ORDERED, that the debtor shall fully comply with the request by the United States Trustee for information including specifically timely providing operating reports and bank account statements and shall file with this court, no later than April 17, 2010, a certification that all such reports and statements have been provided; and it is further

ORDERED, that no later than May 7, 2010, the debtor shall file a disclosure statement and plan which documents shall be reasonably sufficient for purposes of approval and confirmation; and it is further

ORDERED, that if the debtor fails to fully comply with this Order, upon request by the United States Trustee the court may dismiss this case, or convert the case to a case under Chapter 7, without further Order or notice.

cc:    Debtor(s)
       U.S. Trustee
       All Creditors And Parties-In-Interest

**End of Order**